

# Fourth Court of Appeals
## San Antonio, Texas

January 21, 2014

No. 04-13-00382-CR

Latoya **MAYBERRY**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR1138
Honorable Lori I. Valenzuela, Judge Presiding

# O R D E R

On January 9, 2014, the State filed a motion for this court to take judicial notice of the clerk's and reporter's records from original proceeding number 04-10-00200-CR which the State asserts underlies the appeal. We construe the State's request as a motion to transfer a copy of this court's appellate record from appeal number 04-10-00200-CR into this appellate record.

The State's motion to transfer a copy of the record is GRANTED. We DIRECT the clerk of this court to place a copy of the documents in the appellate record from appeal number 04-10-00200-CR into the appellate record for this appeal. We note that the appellate record for appeal number 04-10-00200-CR, an original proceeding, does not contain a clerk's or reporter's record.

The appellate timetable remains unchanged; the State's brief is due to be filed in this court not later than February 10, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of January, 2014.

_____
Keith E. Hottle
Clerk of Court